CO-386-online
10/03

# United States District Court
# For the District of Columbia

ISG International, Inc. )
)
)
)
              Plaintiff )    Civil Action No._____
vs )
)
National Association of Computer )
Consultant Businesses, Inc. )
)
              Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  ISG International, Inc.   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

D.D.C. Bar No. 42159
BAR IDENTIFICATION NO.

Ari S. Zymelman
Print Name

Williams & Connolly LLP, 725 Twelfth Street, N.W.
Address

Washington, D.C.  20005
City       State       Zip Code

(202) 434-5000
Phone Number