IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISG INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:05CV01044 |
| v. ) | |
| ) | Judge Richard J. Leon |
| NATIONAL ASSOCIATION OF COMPUTER ) | |
| CONSULTANT BUSINESSES, INC., ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND AND, IF NECESSARY, PLAINTIFF'S TIME TO REPLY

Defendant, National Association of Computer Consultant Businesses, Inc. ("NACCB"), hereby respectfully moves the Court to enter an Order extending the date by which NACCB must answer, move, or otherwise respond to Plaintiff, ISG International, Inc.'s ("ISG") Complaint from June 14, 2005 to July 29, 2005, on the grounds that NACCB has retained undersigned counsel last week and the extension will provide time for undersigned counsel to investigate this matter and prepare an appropriate response. Pursuant to the Joint Stipulation attached hereto as Exhibit A, ISG does not oppose this extension. ISG respectfully moves for an Order that ISG shall have until September 19, 2005 to respond to any counterclaim, motion, or other pleading filed by NACCB that calls for a response. Pursuant to the Joint Stipulation attached hereto as Exhibit A, NACCB does not oppose this extension. No previous extension has been requested or granted and there are no other scheduled deadlines in this case. A proposed Order is attached.

Respectfully submitted,

_____/s/Ari S. Zymelman_____      _____/s/Laura P. Masurovsky_____
Ari S. Zymelman (Bar No. 42159)      Laura P. Masurovsky (Bar No. 385081)
John L. Cuddihy (Bar No. 472715)      Julia Anne Matheson (Bar No. 452692)
WILLIAMS & CONNOLLY LLP      Griffith B. Price, Jr. (Bar No. 429585)
725 Twelfth Street, N.W.      FINNEGAN, HENDERSON, FARABOW,
Washington, D.C. 20005-5901       GARRETT & DUNNER, L.L.P.
(202) 434-5000 (voice)      901 New York Avenue, N.W.
(202) 434-5029 (fax)      Washington, D.C. 20001-4413
     (202) 408-4000 (voice)
Attorneys for Plaintiff,      (202) 408-4400 (fax)
ISG INTERNATIONAL, INC.

Attorneys for Defendant,
NATIONAL ASSOCIATION OF COMPUTER
CONSULTANT BUSINESSES

Dated: June 13, 2005