# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISG INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL ASSOCIATION OF COMPUTER )<br>CONSULTANT BUSINESSES, INC., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:05CV01044<br><br>Judge Richard J. Leon |

### JOINT STIPULATION FIXING DEFENDANT'S TIME TO RESPOND AND, IF NECESSARY, PLAINTIFF'S TIME TO REPLY

IT IS HEREBY STIPULATED, by and between plaintiff, ISG International, Inc. ("ISG"), and defendant, National Association of Computer Consultant Businesses, Inc. ("NACCB"), that the date by which NACCB must answer, move, or otherwise respond to ISG's Complaint shall be on or before August 1, 2005 and that ISG shall have until September 19, 2005 to respond to any counterclaim, motion, or other pleading that calls for a response.

Respectfully submitted,

_____
Ari S. Zymelman (Bar No. 42159)
John L. Cuddihy (Bar No. 472715)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000 (voice)
(202) 434-5029 (fax)

Attorneys for Plaintiff,
ISG INTERNATIONAL, INC.

_____
Laura P. Masurovsky (Bar No. 385081)
Julia Anne Matheson (Bar No. 452692)
Griffith B. Price, Jr. (Bar No. 429585)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000 (voice)
(202) 408-4400 (fax)

Attorneys for Defendant,
NATIONAL ASSOCIATION OF COMPUTER
CONSULTANT BUSINESSES

Dated: June 10, 2005