IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISG INTERNATIONAL, INC.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NATIONAL ASSOCIATION OF COMPUTER  )<br>CONSULTANT BUSINESSES, INC.,  )<br>)<br>Defendant.  ) | Civil Action No. 1:05CV01044<br><br>Judge Richard J. Leon |

## ORDER EXTENDING DEADLINE

This matter came before the Court on the Unopposed Motion to extend the date by which defendant, National Association of Computer Consultant Businesses, Inc. ("NACCB") must answer, move, or otherwise respond to the Complaint filed by ISG International, Inc. ("ISG") to July 29, 2005, and to extend the date by which ISG must respond to any counterclaim, motion, or other pleading filed by NACCB that calls for a response, to September 19, 2005. Being duly advised, the Court now APPROVES the Unopposed Motion and GRANTS the requested extension.

It is hereby ORDERED that the deadline by which NACCB must answer, move, or otherwise respond to ISG's Complaint is July 29, 2005, and that ISG shall have until September 19, 2005 to respond to any counterclaim, motion, or other pleading filed by NACCB that calls for a response.

Dated: June ___, 2005

_____
Honorable Richard J. Leon
United States District Court Judge
District of Columbia