IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISG INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:05CV01044 |
| v. ) | |
| ) | Judge Richard J. Leon |
| NATIONAL ASSOCIATION OF COMPUTER ) | |
| CONSULTANT BUSINESSES, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, ISG International, Inc. ("ISG") and defendant, National Association of Computer Consultant Businesses ("NACCB") respectfully move this Court for an extension of time to allow NACCB additional time to file its Answer, Affirmative Defenses, and Counterclaims, move or otherwise respond to ISG's Complaint from July 29, 2005 until on or before August 26, 2005.

The parties submit that there is good cause for this extension on the grounds that the parties are engaged in continuing settlement discussions; G. Philip Feldman, CEO of ISG and the individual with ultimate settlement authority for Plaintiff, was unavailable this week; and counsel for both parties and Mark Roberts, CEO of NACCB with ultimate settlement authority for Defendant, will be traveling within the coming weeks.

NACCB is prepared to file its Answer, Affirmative Defenses and Counterclaims today, however, the parties believe that the filing of counterclaims will impede settlement and accordingly request this extension. Should the Court deny this motion for extension of time to allow Defendant NACCB until August 26, 2005, to file its Answer, Affirmative Defenses, and

Counterclaims or otherwise respond to the Complaint, so that settlement discussions can continue, the parties respectfully request NACCB be granted an additional three (3) business days from the date of the Court's order to file its Answer, Affirmative Defenses and Counterclaims. The parties are simultaneous with this motion filing a joint stipulation.

One previous extension was requested and granted and there are no other scheduled deadlines in this case. A proposed Order is attached.

Dated: July 29, 2005                                Dated: July 29, 2005

/s/_____                       /s/_____
Ari S. Zymelman (Bar No. 42159)                     Laura P. Masurovsky (Bar No. 385081)
John L. Cuddihy (Bar No. 472715)                    Julia Anne Matheson (Bar No. 452692)
WILLIAMS & CONNOLLY LLP                             Griffith B. Price, Jr. (Bar No. 429585)
725 Twelfth Street, N.W.                            FINNEGAN, HENDERSON, FARABOW,
Washington, D.C. 20005-5901                           GARRETT & DUNNER, L.L.P.
(202) 434-5000                                      901 New York Avenue, N.W.
                                                    Washington, D.C. 20001-4413
Attorneys for Plaintiff,                            (202) 408-4000
ISG INTERNATIONAL, INC.
                                                    Attorneys for Defendant,
                                                    NATIONAL ASSOCIATION OF COMPUTER
                                                    CONSULTANT BUSINESSES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISG INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:05CV01044 |
| v. ) | |
| ) | Judge Richard J. Leon |
| NATIONAL ASSOCIATION OF COMPUTER ) | |
| CONSULTANT BUSINESSES, ) | |
| ) | |
| Defendant. ) | |

**ORDER EXTENDING TIME**

This matter came before the Court on the parties' Joint Motion to Extend time to facilitate settlement discussions providing defendant, National Association of Computer Consultant Businesses ("NACCB") until August 26, 2005 to file its answer, affirmative defenses, counterclaims, move, or otherwise respond to the Complaint filed by ISG International, Inc. ("ISG");

Being duly advised in the premises, the Court APPROVES the Joint Motion and GRANTS the requested extension.

It is hereby ORDERED that the deadline by which NACCB must file its answer, affirmative defenses, counterclaims, move, or otherwise respond to ISG's Complaint is extended until August 26, 2005.

Dated: _____, 2005

_____
Honorable Richard J. Leon
United States District Court Judge
District of Columbia