IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ISG INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ASSOCIATION OF COMPUTER | ) | Civil Action No. 1:05CV01044 |
| CONSULTANT BUSINESSES, | ) | Judge Richard J. Leon |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION

1.  The parties have agreed and do hereby stipulate to toll any applicable statute of limitations for all claims between the parties from July 29, 2005 until August 26, 2005 inclusive, such that any claim that is not time-barred if filed on July 29, 2005, shall not be deemed time-barred if filed on or before August 26, 2005.

2.  The parties have agreed and do hereby stipulate that should the Court deny the parties' joint motion filed on this date to extend the time for NACCB to file its response to the Complaint until August 26, 2005, any applicable statute of limitations for all claims between the parties is tolled for the time period from July 29, 2005 until three (3) business days following the denial; such that any claim that is not time-barred if filed on July 29, 2005 shall not be deemed time-barred if filed not later than three (3) business days from the date of the court's order.

3.  ISG agrees and does hereby stipulate that it will not dismiss its Complaint without NACCB's consent with such consent taking the form of a Joint Stipulation executed by both parties and filed with the Court.

4. The parties have agreed and do hereby stipulate that should the Court grant the parties' joint motion filed on this date to extend the time for NACCB to file its response to the Complaint until August 26, 2005, the parties will promptly file a joint motion (1) to extend ISG's time to respond to NACCB's August 26, 2005 filing (hereinafter "ISG's Reply") from September 19, 2005 to October 14, 2005; and (2) to extend NACCB's time to file its response (if any) to ISG's Reply by 25 calendar days.

Dated: July 29, 2005

Dated: July 29, 2005

/s/
Ari S. Zymelman (Bar No. 42159)
John L. Cuddihy (Bar No. 472715)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
(202) 434-5000

Attorneys for Plaintiff,
ISG INTERNATIONAL, INC.

/s/
Laura P. Masurovsky (Bar No. 385081)
Julia Anne Matheson (Bar No. 452692)
Griffith B. Price, Jr. (Bar No. 429585)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Defendant,
NATIONAL ASSOCIATION OF COMPUTER
CONSULTANT BUSINESSES

915818-1