IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISG INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05-cv-01044 (RJL) |
| NATIONAL ASSOCIATION OF COMPUTER CONSULTANT BUSINESSES, | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Having settled their disputes as to all issues in the above-captioned action in the form of a confidential Settlement Agreement dated as of August 26, 2005 ("Settlement Agreement"), and based upon the obligations and considerations thereof, plaintiff ISG International, Inc. ("ISG") and defendant National Association of Computer Consultant Businesses ("NACCB"), by and through undersigned counsel, hereby consent and stipulate as follows:

1. ISG and NACCB hereby stipulate to the dismissal with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, of all claims in this action.

2. Each party is to bear its own attorneys' fees and costs incurred in this action.

3. Subject to the approval of this Court, the parties also stipulate and agree that the United States District Court for the District of Columbia shall retain jurisdiction over the enforcement of certain provisions of the confidential Settlement Agreement (as specified in that Settlement Agreement), for a period of not more than sixty (60) days after the date of the Settlement Agreement (August 26, 2005).

4.     ISG and NACCB respectfully request that the Court accordingly dismiss this action with prejudice. A proposed Order is attached.

Dated: August 26, 2005

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
  Ari S. Zymelman (D.C. Bar No. 42159)
  John L. Cuddihy (D.C. Bar No. 472715)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Counsel for Plaintiff ISG International, Inc.


FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: _____
  Laura P. Masurovsky (D.C. Bar No. 385081)
  Julia Anne Matheson (D.C. Bar No. 452692)
  Griffith B. Price, Jr. (D.C. Bar No. 429585)

901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Counsel for Defendant National Association of
  Computer Consultant Businesses

2