IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISG INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-01044 (RJL) |
| ) | |
| NATIONAL ASSOCIATION OF ) | |
| COMPUTER CONSULTANT ) | |
| BUSINESSES, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING AND ENTERING
## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon the Joint Stipulation of Plaintiff ISG International, Inc. and Defendant National Association of Computer Consultant Businesses, to dismiss this action with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

It is hereby **ORDERED AND ADJUDGED** that the Joint Stipulation of Dismissal With Prejudice be and hereby is **APPROVED** and **ENTERED**; and

It is further **ORDERED AND ADJUDGED** that the parties shall bear their respective attorneys' fees and costs incurred in this action; and

It is further **ORDERED AND ADJUDGED** that the Court shall retain jurisdiction over the enforcement of certain provisions of the confidential Settlement Agreement (as specified in that Settlement Agreement), for a period of not more than sixty (60) days after the date of the Settlement Agreement (August 26, 2005); and

3

It is further **ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice.

**DONE AND ORDERED** on this _____ day of _____, 2005.

_____
The Honorable Richard J. Leon
United States District Judge

Copies to:

Ari S. Zymelman, Esq.
John L. Cuddihy, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Laura P. Masurovsky, Esq.
Julia Anne Matheson, Esq.
Griffith B. Price, Jr., Esq.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413